IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ALEAN ROBINSON                                                    PLAINTIFF

v.                     Case No. 3:09-cv-192-DPM

FRED'S STORES OF
TENNESSEE, INC.                                                   DEFENDANT

## JUDGMENT

Alean Robinson's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 June 2011